**08 CV 03356**

**JUDGE SULLIVAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA BUDANSIGH,

                Plaintiff,

     v.

BETH ISRAEL MEDICAL CENTER and
LOCAL 1199, SERVICE EMPLOYEES
INTERNATIONAL UNION,

                Defendants.
------------------------------------------------------------X

07 Civ.

RECEIVED APR 0 4 2008 U.S.D.C. S.D.N.Y. CASHIERS

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

None.

Dated: New York, New York
       April 4, 2008

                                  LEVY RATNER, P.C.

                       By:  Richard Dorn (RD1076)
                            Counsel for Defendant 1199SEIU
                            United Healthcare Workers East
                            80 Eighth Avenue, 8th Floor
                            New York, New York 10011-5126
                            (212) 627-8100