UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANDRA BUDANSINGH

                       Plaintiff,                           **08-CIV-03356 (RJS) (DF)**

                against.                               **NOTICE OF**
                                                              **APPEARANCE**

BETH ISRAEL MEDICAL CENTER and LOCAL 1199
SERVICE EMPLOYEES INTERNATIONAL UNION
                       Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that **ROBERT N. FELIX, ESQ** an attorney admitted to practice before this Court, hereby enters a Notice of Appearance, on behalf of the Plaintiff in this civil action, that was removed from state court.

Dated: New York, New York
       April 21, 2008

                                                    s/ROBERT N. FELIX
                                                    ROBERT N. FELIX **(RF-4229)**
                                                    Attorney for Plaintiffs
                                                    11 Broadway, Suite 715
                                                    New York, New York 10004
                                                    Tel.: 212-747-1433
                                                    Fax: 212-943-1238
                                                    e-mail: felixlaw@yahoo.com

TO:    Richard L. Dorn, Esq.
         Levy Ratner, P.C.
         80 Eighth Avenue, Floor 8
         New York, NY 10011
         (212) 627-8100
         Fax: (212) 627-8182
         Email: rdorn@lrbpc.com
         *Attorneys for Defendant 1199 SEIU*