UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/09
```

SANDRA BUDANSINGH,

                Plaintiff,

-v-

BETH ISRAEL MEDICAL CENTER, *et ano*,

                Defendants.

No. 08 Civ. 3356 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter by Plaintiff Sandra Budansingh ("Budansingh"), undated but received by this Court via facsimile on June 16, 2009, submitted in response to an order issued by this Court on June 3, 2009. Defendants are hereby ordered to provide the Court with a written response to Budansingh's letter, to be *received* no later than Monday, June 22, 2009. Letters may be submitted to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

    The Clerk of the Court is instructed to docket the attached letter.

SO ORDERED

DATED:    June 16, 2009
                New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE

<u>Copies Mailed to</u>:

Sandra Budansingh
1723 Victor Street
Bronx, New York 10463

<u>By facsimily</u>

Hon. Richard J. Sullivan, District Judge
United States District Court
Southern District of New York
500 Pearl St. Rm. 615
NY, NY 10007
    Re: S. Budansingh v. BIMC & 1199SEIU
       Index # 08-cv-03356 (RJS)
Dear Judge Sullivan,

    I am responding as requested by your order dated June 3, 2009
I am currently in Trinidad, W.I. due to my mothers' illness and recent death.
I have received a copy of the court's letter to me regarding the finding of S.F. Ngati, Esq. in contempt. This news is truly disheartening and given Mr. Ngati's past actions and behavior, should have been expected but it was not.

    As you have personally noted my current attorney has exhibited a disrespectful and unprofessional attitude toward the court. In fact he shows even less respect and professionalism toward me, his client. He has consistently refused to return my phone calls, meet with me or properly advise me. He acts as if he is completely uninterested in my case. He has not even opened the <u>four</u> cases of documents from the previous discovery process! I am afraid that his attitude and actions puts me in a negative position and may cause me to lose this case. I hope that is not the case.

    Judge Sullivan, I cannot believe that I have had the misfortune to have been represented by not one but two incompetent and greedy attorneys. I am sure that had the court not been witness to the unprofessional conduct of Mr. Ngati it would have seemed that I am the one with the problem. I assure the court that I made every effort to take a personal interest in my case but it has been impossible to stay in contact with Mr. Ngati, I was never privy as to what his next course of action would be as he never returned phone calls and kept me totally in the dark.

    Judge Sullivan, as I have stated, I am currently in Trinidad in mourning for my mother as she has recently passed away and my family and I are involved in interring her and taking care of legal obligations resulting from her passing.

    Because of my problems with my attorney and my unexpected family misfortune, I am respectfully asking the court for at least four weeks to return to the U.S. and obtain further representation or proceed *pro se*. I would like to find a competent attorney and I do not want to be hasty and repeat my unfortunate and very expensive choices of legal representation.
Thank You for your consideration of my request.

                                                 Very Truly Yours,

                                                 Sandra Budansingh

Attach.
Death certificate for Mrs. R. Budansingh
Email to S. Ngati