UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/09
```

SANDRA BUDANSINGH,

                Plaintiff,

-v-

BETH ISRAEL MEDICAL CENTER, *et ano*,

                Defendants.

No. 08 Civ. 3356 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a jointly-submitted letter from Defendants, dated July 23, 2009, "requesting dismissal of Plaintiff's case with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure," due to Plaintiff's failure to respond to Defendant Beth Israel Medical Center's Second Request for the Production of Documents by July 22, 2009.

    By order dated July 15, 2009, the Court extended the discovery deadline in this matter until August 1, 2009. Accordingly, Defendants' motion is denied as premature. Plaintiff shall respond to Defendant Beth Israel Medical Center's Second Request for the Production of Documents forthwith, and both parties shall complete discovery no later than August 1, 2009. If Plaintiff requires any assistance, she may contact the *Pro Se* Office of this Court at 500 Pearl Street, Room 230, New York, New York 10007, telephone (212) 805-0175.

SO ORDERED

DATED:    July 23, 2009
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE

<u>Copies Mailed to</u>:

Sandra Budansingh
1723 Victor Street
Bronx, New York 10463