UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09
```

SANDRA BUDANSINGH,

        Plaintiff,

-v-

BETH ISRAEL MEDICAL CENTER, *et ano*,

        Defendants.

No. 08 Civ. 3356 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiff's new counsel Jaqueline Hollander Esq., dated September 8, 2009, and improperly filed through ECF, requesting that this Court adjourn a September 14, 2009 conference and grant an extension of twenty days "for all pending deadlines" in this matter.

As an initial matter, the conference scheduled for September 14, 2009 is before the Honorable Debra Freeman, Magistrate Judge, and any requests for an adjournment of that conference should be directed to Judge Freeman's chambers. In regard to Plaintiff's request for an adjournment of "all pending deadlines," by order dated August 26, 2009, the Court adjourned the discovery cutoff date and the briefing schedule pertaining to Defendants' contemplated motions for summary judgment *sine die* until the discovery issue currently pending before the Court is resolved. Accordingly, Plaintiff's request is denied as moot.

The Clerk of the Court is instructed to terminate the motion located at docket number 53.

SO ORDERED

DATED:    September 9 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE