UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09
```

SANDRA BUDANSINGH,

                Plaintiff,

-v-

BETH ISRAEL MEDICAL CENTER, *et ano*,

                Defendants.

No. 08 Civ. 3356 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff and Defendant Beth Israel Medical Center are hereby ordered to appear for a conference on Plaintiff's motion to compel discovery pertaining to patient J.C.'s records. The conference will be held on Friday, September 25, 2009 at 11:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED

DATED:    September 16, 2009
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE