UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA BUDANSINGH,

                     Plaintiff,

-v-

BETH ISRAEL MEDICAL CENTER, *et ano*,

                     Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09

No. 08 Civ. 3356 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

    As stated by the Court at the conference held before it on Friday, September 25, 2009, the parties shall confer regarding Defendants' compliance with Plaintiff's discovery requests forthwith. Thereafter, the parties shall provide the Court with a *jointly* submitted letter, to be received no later than Friday, October 16, 2009, indicating the parties' respective positions as to whether any discovery remains in this matter beyond the discovery pertaining to patient records. The joint letter shall also inform the Court whether the parties wish to pursue further settlement discussions before the Honorable Debra Freeman, Magistrate Judge. If either party does not believe that further settlement discussions would be fruitful, the letter shall also include a jointly proposed briefing schedule in regard to Defendants' contemplated motions for summary judgment. The letter shall be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED

DATED:    September 25, 2009
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE