```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA BUDANSINGH,

                Plaintiff,

-v-

BETH ISRAEL MEDICAL CENTER, and
LOCAL 1199 SERVICE EMPLOYEES
INTERNATIONAL UNION,

                Defendants.

No. 08 Civ. 3356 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of Defendants' letter, dated March 1, 2010, asking whether it is necessary to reply to Plaintiff's memorandum of law opposing Defendants' Joint Motion for Summary Judgment. Given that Plaintiff failed to file a proper opposition memorandum of law and 56.1 statement, Defendants need not submit a reply memorandum and, as stated in its February 9, 2010 Order, the Court will presume as true all the facts in Defendants' Joint Motion for Summary Judgment.

SO ORDERED.

DATED:    New York, New York
               March 1, 2010

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE